1118

No. 99–816. KOENICK v. FELTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–821. COUNTY OF ARMSTRONG ET AL. v. CLARK. C. A. 3d Cir. Certiorari denied.

No. 99–822. SANDBERG ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–823. NIEMAN v. DRYCLEAN U. S. A. FRANCHISE CO., INC. C. A. 11th Cir. Certiorari denied.

No. 99–827. STEINHILBER v. MCFARLAND ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–828. JUDDS BROTHERS CONSTRUCTION CO. v. BURLINGTON NORTHERN RAILROAD CO. C. A. 8th Cir. Certiorari denied.

No. 99–838. MCCAIN v. CITY OF LAFAYETTE ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 99–843. MAPLE LANES, INC., DBA FRANKIES, ET AL. v. MESSER, SHERIFF, OGLE COUNTY. C. A. 7th Cir. Certiorari denied.

No. 99–854. MENDEZ v. COMMERCIAL CREDIT CORP. C. A. 10th Cir. Certiorari denied.

No. 99–861. TALYANSKY v. MERCURY PRINT PRODUCTION, INC.; and TALYANSKY v. SYRACUSE LANGUAGE SYSTEMS, INC. C. A. 2d Cir. Certiorari denied. Reported below: 189 F. 3d 462 (first judgment); 199 F. 3d 1323 (second judgment).

No. 99–870. LIDDY v. WELLS. C. A. 4th Cir. Certiorari denied.

No. 99–915. MCMASTER v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–930. MORRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–943. MACARO v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.